TASHA PARIS CHALFANT, SBN 207055
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone:  (916) 444-6100
Fax:          (916) 930-6093
E-mail:      tashachalfant@gmail.com

Attorney for Defendant
GARTH FERDINAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH FERDINAND, <br><br> Petitioner, <br><br> v. <br><br> GOLDEN STATE ANNEX DETENTION FACILITY, et al., <br><br> Defendants. | Case No. 1:26-cv-00186-DJC-JDP <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESET DEADLINES** |

**STIPULATION**

1.      By previous order, counsel for Mr. Ferdinand was supposed to file an amended petition for habeas and/or motion for injunctive relief on February 27, 2026.  Dkt. 11.

2.      As of the time of filing, counsel for Mr. Ferdinand has been unable to have enough time to discuss the case with her client. After weeks of attempts, it was only this week that contact was finally accomplished by phone with Mr. Ferdinand. Counsel has learned valuable information and needs to pursue such by obtaining records and speaking with various persons.

- 1 -

3.    Counsel has been informed by Mr. Ferdinand that he has another matter scheduled on March 27, 2026, which he wants to have resolved before proceeding with the motion(s) in this case.

4.    By this stipulation, Petitioner asks to move the filing deadline to April 17, 2026. The Respondent's opposition to Petitioner's filings would be due by April 24, 2026.

5.    The parties agree and stipulate, and request that the Court find the following:

(a)    Counsel for Mr. Ferdinand was recently appointed and requires time to consult with her client, conduct investigation and otherwise prepare.

(b)    Defense counsel was appointed on January 27, 2026. Dkt. 7.

(c)    Mr. Ferdinand is housed more than a four-hour drive from counsel's place of business.  Defense counsel has not been able to visit or arrange a zoom meeting since being appointed.  Defense counsel has spoken with Mr. Ferdinand by phone this week.

(d)    The government does not object to the continuance.

Dated:  February 27, 2026

Respectfully submitted,
By:  /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Petitioner
GARTH FERDINAND

Dated:  February 27, 2026

Respectfully submitted,
By:  /s/Tasha Chalfant for
BRITTANY GUNTER
ASSISTANT UNITED STATES
ATTORNEY

- 3 -

# [PROPOSED] ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The deadline to file for an injunction or amended habeas is vacated.  The new deadline is April 17, 2026. The Respondent's opposition to Petitioner's filings would be due by April 24, 2026.

IT IS SO ORDERED.


Dated:    March 10, 2026    
_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE